600 A.2d 949

CITIZENS FOR STATE HOSPITAL, Doctor Alexander M. Munchak, Chairman, Vicky Wittenbreder, President of Senior Citizens of Lackawanna County

v.

COMMONWEALTH of Pennsylvania, Robert P. Casey, Governor, Hon. John R. White, Secretary of Department of Public Welfare of the Commonwealth and Robert Brown, President of the Board of Trustees of Scranton State General Hospital.

Supreme Court of Pennsylvania.

Submitted May 6, 1991.

Decided Jan. 16, 1992.

Reargument Denied May 18, 1992.

Gene Basalyga, pro se.

Vicki Wittenbreder, pro se.

Alan H. Casper, Philadelphia, for appellees.

Angie Drazba, pro se.

Erv Hohensee, pro se.

George Yuhas, pro se.

Joseph Caterina, pro se.

Mary Navin, pro se.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

The order of the Commonwealth Court is affirmed.